**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1365**

JOHN M. DICKSON, JR.,

       Plaintiff - Appellant,

    v.

U. S. DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE U. S.
A., MRS. LORETTA E. LYNCH, in her individual capacity,
acting under color of federal and state law, acting as a
person and member of a criminal enterprise Under The (RICO)
Act of Title 18 U.S. Code 1962; MR. ERIC HOLDER, FORMER
ATTORNEY GENERAL OF THE U. S. A., OF COVINGTON & BURLING,
LLP, in his individual capacity, acting under color of
federal and state law, acting as a person and member of a
criminal enterprise, under The (RICO) Act of Title 18 U.S.
Code 1962; U. S. DEPARTMENT OF JUSTICE, U. S. ATTORNEY,
EASTERN DISTRICT, VIRGINIA, MR. DANA J. BOENTE, in his
individual capacity, acting under color of federal and state
law, acting as a person and member of a criminal enterprise,
under The (RICO) Act of Title 18 U.S. Code 1962; U. S.
DEPARTMENT OF JUSTICE, ASSISTANT U. S. ATTORNEY, EASTERN
DISTRICT, VIRGINIA, MR. GEORGE M. KELLEY, III, in his
individual capacity, acting under color of federal and state
law, acting as a person and member of a criminal enterprise,
under The (RICO) Act of Title 18 U.S. Code 1962; FBI
DIRECTOR JAMES B. COMEY, in his Individual capacity, acting
under color of federal and state law, acting as a person and
member of a criminal enterprise, under The (RICO) Act of
Title 18 U.S. Code 1962; FORMER FBI DIRECTOR MR. ROBERT SWAN
MUELLER, III, in his Individual capacity, acting under color
of federal and state law, acting as a person and member of a
criminal enterprise, under The (RICO) Act of Title 18 U.S.
Code 1962; FBI AGENT MRS./MS. KATHERINE ANDREWS, former
special agent in charge of the Newport News Field office, in
her individual capacity, acting under color of federal and
state law, acting as a person and member of a criminal
enterprise; FBI NEWPORT NEWS FIELD OFFICE, JOHN/JANE DOE(S),
SUPERVISOR TECHNICAL AGENT(S), in his/her individual

capacities, acting under color of federal and state law, acting as a person(s) and member(s) of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; FBI NEWPORT NEWS FIELD OFFICE, JOHN/JANE DOE(S), TECHNICAL AGENT(S), in their individual capacities, acting under color of federal and state law, acting as a person(s) and member(s) of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; FBI NEWPORT NEWS FIELD OFFICE, JOHN/JANE DOE(S) SUPERVISOR FIELD AGENT(S), in their individual capacities, acting under color of federal and state law, acting as a person(s) and member(s) of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; FBI NEWPORT NEWS FIELD OFFICE, JOHN/JANE DOE(S) FIELD AGENT(S), in their individual capacities, acting under color of federal and state law, acting as a person(s) and member(s) of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; U. S. MARSHALS, MR. JOHN DOE (A), in his individual capacity, acting under color of federal and state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; U. S. MARSHALS, MR. JOHN DOE (B), in his individual capacity, acting under color of federal and state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; COMMONWEALTH'S ATTORNEY FOR THE CITY OF HAMPTON VIRGINIA, MR. ANTON BELL, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CHIEF OF POLICE, MR. TERRY L. SUIT, FOR THE CITY OF HAMPTON VIRGINIA, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; FORMER CITY OF HAMPTON POLICE CHIEF THOMAS TOWNSEND, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; FORMER CITY OF HAMPTON POLICE CHIEF CHARLES JORDAN, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE DIVISION'S HOMELAND SECURITY UNIT, SUPERVISORY POLICE OFFICER(S) JOHN/JANE DOE(S), in their individual capacities, acting under color of state law, acting as a person(s) and member(s) of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE DIVISION'S HOMELAND SECURITY UNIT, TECHNICAL POLICE OFFICER(S) JOHN/JANE DOE(S), in their

2

individual capacities, acting under color of state law, acting as a person(s) and member(s) of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE DIVISION'S HOMELAND SECURITY UNIT, FIELD POLICE OFFICER(S) JOHN/JANE DOE(S), E.G., DRIVER OF PLATE #ZNE2063, in their/his individual capacities, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE DETECTIVE MR. JOHN PROCTOR, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE DETECTIVE MR. JASON DOE, in his individual capacity, acting under color of law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; FBI AGENT/CITY OF HAMPTON VIRGINIA POLICE DETECTIVE MR. DOE LIE/LYE, in his individual capacity, acting under color of state and federal law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER EDDIE CAUSE, DRIVER OF POLICE CRUISER 6401, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER EMANUEL REYES, BADGE NUMBER 491, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER DOE SANCHEZ, BADGE NUMBER 542, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER DOE ELLIOT, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER DOE MARCHEISITO, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER DOE MARMET, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA C/O CITY ATTORNEY JOHN/JANE DOE, in its individual capacity and as a person, acting under color of state law, acting as a person

3

and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE DEPARTMENT, in its individual capacity and as a person, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF NEWPORT NEWS VIRGINIA C/O CITY ATTORNEY COLLINS L. OWENS, JR., in its individual capacity and as a person, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF NEWPORT NEWS VIRGINIA POLICE DEPARTMENT, in its individual capacity and as a person, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF NEWPORT NEWS VIRGINIA POLICE OFFICER JOHN DOE, in its individual capacity and as a person, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; MRS. ARIANE ARAMBURO JENKINS OF KTUU-TV, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; MR./MRS. JOHN/JANE DOE(S), TRAFFIC MANGERS (MEDIA GENERAL, INC., WAVY BROADCASTING, LLC), in their individual capacities, acting under color of state and federal law, acting as a person(s) and member(s) of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; MEDIA GENERAL INC., WAVY BROADCASTING, LLC, C/O MR. VINCENT L. SADUSKY, PRESIDENT AND CEO, in its individual/official capacities, acting under color of federal and state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER JOHN DOE, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER JOHN DOE "DESOTO", in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER DOE TAPLING, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE DETECTIVE MARK KINCAID, in his individual capacity, acting under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962; CITY OF HAMPTON VIRGINIA POLICE OFFICER R. T. WILLIAMS, in his individual capacity, acting

4

under color of state law, acting as a person and member of a criminal enterprise, under The (RICO) Act of Title 18 U.S. Code 1962,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:15-cv-00121-AWA-DEM)

---

Submitted:  August 25, 2016                Decided:  August 29, 2016

---

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John M. Dickson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dickson v. U.S. Dep't of Justice, No. 4:15-cv-00121-AWA-DEM (E.D. Va. Mar. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

6